NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD LEE HAMITER,                    )
                                     )
         Appellant,                  )
                                     )
v.                                   )         Case No. 2D17-1020
                                     )
STATE OF FLORIDA,                    )
                                     )
         Appellee.                   )
_____ )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Todd Lee Hamiter, pro se.


PER CURIAM.


        Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.